No. 93–1998.  STAPLETON ET AL. *v.* COWLEY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–1999.  PACIFIC GAS & ELECTRIC CO. *v.* SAVAGE.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 93–2000.  PATZ ET AL. *v.* HOLLIDAYSBURG TRUST CO.  C. A. 3d Cir.  Certiorari denied.

No. 93–2001.  GRANOFF *v.* UNITED STATES; and
No. 93–9135.  WARD *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 93–2002.  BANKS, T/A JOB PROTECTORS FORMER ADMINISTRATIVE LAW JUDGES *v.* DISTRICT OF COLUMBIA DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS.  Ct. App. D. C.  Certiorari denied.

No. 93–2003.  LEGARDA *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 93–2004.  FRIEDMAN *v.* DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 93–2005.  PLAKAS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF PLAKAS, DECEASED *v.* DRINSKI ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–2007.  HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY *v.* MAYO.  C. A. 2d Cir.  Certiorari denied.

No. 93–2008.  SHAY ET AL. *v.* MAHLER ET AL.  Cir. Ct. Berkeley County, W. Va.  Certiorari denied.

No. 93–2009.  LEADERSHIP SOFTWARE, INC. *v.* KEPNER-TREGOE, INC.  C. A. 5th Cir.  Certiorari denied.

No. 93–2010.  MELKONIAN *v.* MELKONIAN.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 93–2011.  MATTHEWS *v.* UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied.